UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA BARTMAN,<br><br>                    Plaintiff<br><br>v.<br><br>L'OFFICIEL USA INC., GLOBAL EMERGING MARKETS NORTH AMERICA INC., and JALOU PUBLISHING, INC. d/b/a JALOU MEDIA GROUP,<br><br>                    Defendants | 21 Civ. 1987 (RA)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT AND TO STRIKE THE JURY DEMAND** |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of August C. Venturini, dated December 3, 2021, and all exhibits annexed thereto, the Memorandum of Law in Support, and upon all prior proceedings, pleadings and papers had or filed herein, Defendants L'Officiel USA Inc., Global Emerging Markets North America Inc., and Jalou Publishing, Inc. will move this Court, before the Honorable Ronnie Abrams, at the United States Courthouse for the Southern District of New York, at 40 Foley Square, New York, New York, Courtroom 1506, on Monday, January 24, 2022 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order, dismissing the Complaint with prejudice, and striking the jury demand, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), together with such other and further relief as to this Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to a stipulation between the parties, opposition papers are due on January 7, 2022 and reply papers are due on January 21, 2022.

Dated: December 3, 2021
New York, NY

                              VENTURINI & ASSOCIATES

                              By: *August C. Venturini*
                                 August C. Venturini
                              230 Park Avenue, Suite 145
                              New York, NY 10169
                              Tel: (212) 826-6800
                              *Attorneys for Defendants*

TO:

Kenneth T. Kerner, Esq.
KERNER & KERNER, P.C.
15 Maiden Lane, Ste 1008
New York NY 10038
*Attorneys for Plaintiff*

Consistent with the Court's Individual Rules, if the parties are requesting oral argument on this motion, they must notify the Court in writing.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 27, 2021